# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVIA J. BRADSHAW,**

Appellant,

v.

**CLINTON B. SESSION JR.,** and **IBM SOUTHEAST EMPLOYEES'
CREDIT UNION,**

Appellees.

No. 4D21-942

[May 12, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Howard K. Coates, Jr., Judge; L.T. Case No. FMCE2012006285 (44).

Sara Lawrence of Law Office of Sara Lawrence, PA, Fort Lauderdale, for appellant.

Adam B. Swickle of Swickle & Associates, PLLC, Fort Lauderdale, for appellee Clinton B. Session, Jr.

Patrick G. Brugger of Shutts & Bowen, LLP, Miami, for appellee IBM Southeast Employees' Credit Union.

PER CURIAM.

*Affirmed.*

LEVINE, FORST, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***